UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HARVEY FREDERIC STERLING, | |
| Plaintiff, | Case No. 1:13-cv-319 |
| v. | Honorable Paul L. Maloney |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | **JUDGMENT** |

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is VACATED and the matter is remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

Dated:   March 24, 2015             /s/ Paul L. Maloney
                                    Paul L. Maloney
                                    Chief United States District Judge