UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HARVEY FREDERIC STERLING,

    Plaintiff,

                            Case No. 1:13-cv-319

v.

                            HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant,
_____  _____/

## **JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of plaintiff in the amount of $3,100.00.


Date:  August 4, 2015                                          /s/ Paul L. Maloney
                                                             Paul L. Maloney
                                                             United States District Judge