UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HARVEY FREDERIC STERLING,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:13-cv-319

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff has filed a motion for attorney fees pursuant to 42 U.S.C. § 406(b). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 12, 2019, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 23) is APPROVED and ADOPTED as the Opinion of the Court, and Plaintiff's motion (ECF No. 22) is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's counsel is awarded nineteen thousand, three hundred ninety-eight dollars and eighty-seven cents ($19,398.87).

**IT IS FURTHER ORDERED** that counsel shall refund to Plaintiff three thousand one hundred dollars ($3,100.00) previously awarded in fees pursuant to the Equal Access to Justice Act.

Dated: August 27, 2019

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge